Yes, thank you. Good morning, everyone. My name is Jim Leaves, and I represent Mr. Ochoa in this case. In Congress, I've received two orders from two parties to address the people of the United States and the United States of America. On Friday, I was given an order as to address the issue of whether or not we have demonstrated that Mr. Ochoa is the defendant for two years. Thank you, Jim. Thank you. And second, in both respects, whether or not the government is willing to go in the second respect, at least first, because in both cases, I've been around as an obligation to try to address this. People don't understand the music here. So, it's a four-factor, 528 and 533-001. It involves a situation where the third has to compete with 62, involving whether or not you have demonstrated in your time the process. Has the Supreme Court level the government's new argument that the United States of America We need to see the government in public argument, and the government has to actually see that argument on appeal. This 4101 rule is as follows. The government says not too much. They have 521, which is referred to on appeal. So, any such too much is now reported in the subsequent cases. The government also does not contain the prosecution to proceed. The individual is underscored. He receives conviction. It's not a jury antidote. And we have not reached any alternative basis that the government might have offered for an argument in conviction. So, I think that is the rule. And, in part, so are all jurisdictions. Other jurisdictions. We all raise an appeal. We all serve individuals. The test and investigation is the court's finding. It is the court's and both parties' and the creator's case. And, as you can tell, I'm effectively exhausted. It is, in this case, remedies. And I have obtained the executions of any of your charges. The government, I mean, the courts, the parties, the creators, have been determined to say that I'm willing to give you a sign of resistance on appeal. So, I'm going to have to say, well, I'm in support of it. Now, as far as the first part of your question, you didn't reach this court's rule. It wasn't our court. You didn't reach the issue of whether or not my client, Mr. Tennessee Crowley, had the same advantages he was denying such an execution to do. Yes, the court says you did not reach the rule. Your client was litigated under Maris in an informal case in which he received, I think, a four-hour schoolhouse. In this case, it's just a nine-point-eight-percent commercial requirements of a four-hour schoolhouse. I hope there are a couple of cases that deal with that, especially where he redeemed that person. I'm not seeing any cases today. As far as your question, I'm not seeing any cases in which the issue is directly litigated. I guess when some of this comes into not raising the issue, then you're not going to be able to draw a position for review. One of these courts completely litigated him. They looked at him opportunity to litigate him. In Maris, Maris, that's your option. That's one option. That's one of the options. The institution of education also referred that to the Senate. Correct me if I'm wrong. Correct me if I'm wrong. Well, it is complicated. It's a process. It's people being re-litigated. So, it should be to say that the institution of education puts the finger on your shoulder and you should revise it. It should start to give you an idea of us descending into what happened in the immigration period. And it should be true. You know, my school argument, you just heard, you made some remarks about the immigration experience in Long Beach. The idea that when they created those areas, these 20 people who were really on either side, those are your main aspects of the immigration experience. Well, it's a discussion that was supposed to work. I mean, he may be absolutely right. I've been aware for about a century that this is a certain part of our standard of living situation, which I think is a good observation. I'm not sure that I have much interest in any of this discussion, but I can say to you that the things that every one of us hopes and wishes to do, maybe, and really chase things, and I think the frustration of your honor is very significant to this, but I also find it saddening to see that a lot of organizations are doing some of this, because everybody here, I mean, all of them, all of us here, the way they work, each of them, you see the enforcement, you see the dissent under fire, and you guys must really, really consider, because they're really interesting moments in these. But at the same time, it's an interesting setting, and it's scavenging, and people are here, and we're here, and it's upsetting. So, I'm judging you, and you're judging us, and you're judging the citizens, and you're judging the citizens, whereas, but I also want to say, but I mean, again, I think that you're a blessing in terms of these mental institutions, that have very unconvincing, all four of which, I think, all fall in our favor. First, I'm going to look for it, and then, essentially, I'm going to look to the partners of the citizenship, and to see if there's something that indicates this is wrong, and repeats. And, I think there's a lot of people who should be shunned. If she marries you, in terms of, of course, any comments, and, you know, it's a set of set of names, and you should, if you're going to think this is fair, is that, you know, you should, you know, CFR regulations, that's, it's a set of, it's a set of universal rules. But, more importantly, and I think this is real, you know, controversial, and one of the big issues, is the unanimity of, of the jury, and that seems to be, and I hear, some people say, oh, we'll correct these decisions, but it seems now, to be our best indicator, of what, what is, what is relevant for me, is that the prior, is that the jury, and the receiving, are going to take, whatever misinterpretation, that has already been put in place. Now, your honor, if, if the first quarter, has any interest, at all, possibly, referenced in the prior rulings, that have been made, about this theory of inclusion, now, I think, that's probably, in fact, the requirements are very, very short. It's, it's hard to, medicine-related issues, are not certainly, just going to take, I don't expect, to be issues, that have been raised here, in the recent one, is because, in reality, what's been on the briefs, that were filed, in this court, last night, in the prior rule, in caution, encouraging, that you calify, in this one, the statutes, in terms of, your constitution, the state jury, does not count unanimously, for me, as you, as you, third jurors, it's, the same thing, and, for you, your jurors, and, now, the case that, you suggested, is Coronado's, and, your honors, we're all aware, of the, of the case, and, if you look at Coronado, Coronado, says, well, the California schedule, is, is adopted, as the primary, list, and the jury instructions, to put on Coronado, and the jury instructions, in this case, indicate, that it's, of course, a third jury, that there's, a limited amount of inmates, that, that the jury instructions, were never cited, in this case. So, I, I, I, I feel, like, that, some,  you know, in the animal, but, it, in,
judges: McKeown, Graber, Lynn